[No. 14251-1-II. Division Two. March 19, 1993.]

PEASE & SONS, INC., *Appellant*, v. SHANNON & WILSON,
INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 89-2-02001-2, Waldo F. Stone, J., entered

August 24, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, A.C.J., and Petrich, J.